UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the matter of:

Gregory James Reed,  Case No. 14-53838-MBM
Chapter 7
                    Debtor.    /  Hon. Marci B. McIvor

Keeper of the Word Foundation 501(c)(3),
Micarian Corp., GJR Scholarship
Foundation,

                    Plaintiffs,
vs.  Adv. Pro. No. 17-04125

Charles Brown Trust,
Brown Companies,
Bryzantine Holdings, LLC,
Dwellings Unlimited, LLC,
and Agents,
                    Defendants.    /

## ORDER DENYING DEBTOR'S OBJECTIONS TO THE ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND THE ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS

For the reasons set forth in the Opinion issued contemporaneously with this Order;

IT IS HEREBY ORDERED that Debtor's Objections to the order granting dismissal of the adversary proceeding and the order granting Defendant's motion for sanctions is DENIED.

Signed on May 15, 2017

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge